FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 17 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NINA MAZROUEI | CASE NO. 1:24-cr-22 |

## CRIMINAL INFORMATION

The United States Attorney charges that:

1. At all times material to this Information, the Defendant, NINA MAZROUEI, was employed by a medical practice in Marietta, Georgia.

2. As the company's Accounts Payable Executive, Defendant MAZROUEI had access to the company's corporate credit cards.

3. Defendant MAZROUEI was not authorized to use her employer's credit cards for personal purposes.

4. Nevertheless, for over a year, that is, from in or about June 2022 through in or about September 2023, Defendant MAZROUEI charged approximately $1,298,616 in personal expenses on her employer's credit cards, including the company's Synovus Visa credit card ending in 5215.

5. The fraudulent charges were mainly for expensive women's clothing and accessories but also included other personal items, such as gifts, grooming expenses, entertainment expenses, and pet expenses.

6. The success of Defendant MAZROUEI's scheme depended on her preventing her employer from discovering the fraudulent charges and ensuring that her employer continued to pay the credit card bills.

7. Therefore, Defendant MAZROUEI took steps to prevent her employer from discovering the fraudulent charges. For example, she hid from her employer all emails, receipts, credit-card statements, and other documents pertaining to her fraudulent purchases. Meanwhile, Defendant MAZROUEI used her position as the company's Accounts Payable Executive to ensure that her employer continued to pay the credit card bills, which included her fraudulent charges.

## Count 1
## Wire Fraud

8. The facts alleged in paragraphs 1 through 7 are realleged and incorporated here by reference.

9. On or about March 15, 2023, in the Northern District of Georgia and elsewhere, the Defendant, NINA MAZROUEI, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, transmitted and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds for the purpose of executing and attempting to execute such scheme and artifice, that is, Defendant MAZROUEI used her employer's Synovus Visa credit card ending in 5215 to purchase a Black Epsom Birkin 30 handbag from a New York company called WHAT GOES AROUND COMES AROUND LLC, via the company's website, whatgoesaroundnyc.com, for $24,510.

All in violation of Title 18, United States Code, Section 1343.

## Forfeiture

10. Upon conviction of the offense alleged in Count 1 of this Criminal Information, Defendant NINA MAZROUEI shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to the offense, including, but not limited to, a money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count 1 of this Criminal Information.

11. If, as a result of any act or omission of Defendant MAZROUEI, any property subject to forfeiture (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
*United States Attorney*

*/s/ John Russell Phillips*
JOHN RUSSELL PHILLIPS
*Assistant United States Attorney*
Georgia Bar No. 576335

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000